## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Case No. 1:16-cv-02435-CBS

PEDRO PACHECO,

        Plaintiff,

v.

MT. FUJI JAPANESE CUISINE, LLC
XIN YUN CHEN AKA "SARAH," an individual
and ENXU CHEN AKA "DENNY," an individual,

        Defendants.

## NOTICE OF DISMISSAL

Plaintiff Pedro Pacheco, by and through counsel, hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of his dismissal of the above captioned action before the opposing party serves a responsive pleading, without prejudice.

| | |
|---|---|
| ANDERSONDODSON, P.C. | ANDERSONDODSON, P.C. |
| s/ *Penn Dodson* | s/ *Alexander Gastman* |
| **Penn A. Dodson** | **Alexander L. Gastman** |
| 11 Broadway, Suite 615 | 11 Broadway, Suite 615 |
| New York, NY 10004 | New York, NY 10004 |
| (212) 961-7639 tel | (212) 961-7639 tel |
| (646) 998-8051 fax | (646) 998-8051 fax |
| *penn@andersondodson.com* | *alex@andersondodson.com* |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Case No. 1:16-cv-02435-CBS**

**PEDRO PACHECO,**

    Plaintiff,

v.

**MT. FUJI JAPANESE CUISINE, LLC**
**XIN YUN CHEN AKA "SARAH",** an individual
and **ENXU CHEN AKA "DENNY",** an individual,

    Defendants.

### CERTIFICATE OF SERVICE

  I hereby certify that on this **13th** day of **October, 2017** I sent the foregoing Notice of Dismissal to counsel for the Defendants via pdf attachment to email addressed to:

Dan Cross
LAW OFFICE OF DAN S. CROSS, LLC
501 South Cherry Street, Suite 610
Denver, Colorado 80246
*dan.cross@dancrosslaw.com*

| | |
|---|---|
| ANDERSONDODSON, P.C. | ANDERSONDODSON, P.C. |
| s/ *Penn Dodson* | s/ *Alexander Gastman* |
| **Penn A. Dodson** | **Alexander L. Gastman** |
| 11 Broadway, Suite 615 | 11 Broadway, Suite 615 |
| New York, NY 10004 | New York, NY 10004 |
| (212) 961-7639 tel | (212) 961-7639 tel |
| (646) 998-8051 fax | (646) 998-8051 fax |
| *penn@andersondodson.com* | *alex@andersondodson.com* |
| Attorneys for Plaintiff | Attorneys for Plaintiff |